1  KAMALA D. HARRIS
   Attorney General of California
2  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
3  LINDA M. MURPHY
   Deputy Attorney General
4  State Bar No. 148564
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-1334
6    Fax:  (415) 703-1234
     E-mail:  Linda.Murphy@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SAMMY DANIELS,** | C 10-5230 LHK (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **MIKE McDONALD,** | |
| Respondent. | |

On application of counsel and good cause appearing, the time to file the response to the Order to Show Cause is extended to and including September 21, 2010

Dated:  ___3/28/11_____

*[signature: Lucy H. Koh]*
The Honorable Lucy H. Koh
United States District Court Judge

1

~~Proposed~~ Order  (C 10-5230 LHK (PR))