IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DANIELS,<br><br>    Petitioner,<br><br>   v.<br><br>MIKE MCDONALD, Warden,<br><br>    Respondent. | No. C 10-5230 LHK (PR)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR ADDITIONAL THIRTY DAYS TIME ENLARGEMENT<br><br>(Docket No. 28) |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's request for additional thirty days time enlargement to file his traverse. On August 15, 2011, Petitioner filed his traverse. Petitioner's request for enlargement of time is GRANTED, and his traverse is deemed timely filed. This matter is now under submission.

This order terminates docket no. 28.

IT IS SO ORDERED.

DATED: __8/28/11__

                                      LUCY H. KOH
                                      United States District Judge